IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO CABRERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-02585-K |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Pedro Cabrera and Defendant Allstate Fire and Casualty Insurance Company hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

ARGUELLO, HOPE & ASSOCIATES, P.L.L.C.

/s/ Philip Broderick (w/permission)
Philip Broderick
State Bar No. 24094561
Brandon D. Morris
State Bar No. 24092860
1110 Nasa Parkway, Suite 620
Houston, Texas 77058
Tel.: (281) 532-5529
Fax: (281) 402-3534
E-mail: Philip@simplyjustice.com

E-mail: Brandon@simplyjustice.com

**ATTORNEYS FOR PLAINTIFF**


THOMPSON, COE, COUSINS & IRONS, L.L.P.


*/s/ Eric K. Bowers*
Roger D. Higgins
State Bar No. 9601500
Eric K. Bowers
State Bar No. 24045538
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
rhiggins@thompsoncoe.com
ebowers@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the 31st day of May, 2016.


*/s/Philip Broderick (w/permission)*
Philip Broderick